IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SATELLITE TRACKING OF PEOPLE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0126 |
| ) | Judge Trauger |
| G4S PLC, ) | |
| G4S JUSTICE SERVICES (CANADA) INC., ) | |
| STRATEGIC TECHNOLOGIES, INC., ) | |
| and G4S EM INTERNATIONAL LIMITED, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff Satellite Tracking of People, LLC's motion to dismiss the counterclaim filed by the defendant G4S EM International Limited is **DENIED**.

It is so Ordered.

Entered this 14th day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge